IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LEO WAGNER, § | |
| § | |
| Plaintiff, § | |
| § | |
| -v- § | Case No. 6:18-cv-034-RP-JCM |
| § | |
| UPS GROUND FREIGHT, INC., D/B/A, § | |
| UPS FREIGHT § | |
| § | |
| Defendants. § | |

## PROPOSED ORDER GRANTING PLAINTIFF LEO WAGNER'S MOTION TO COMPEL MEDIATION

Before the Court is Plaintiff Leo Wagner's Motion to Compel Mediation. Plaintiff asks the Court to order Plaintiff and Defendant to mediate this matter on or before December 1, 2018.

As both sides have already responded to initial written discovery and Plaintiff's deposition is scheduled for November 12, 2018, the Court agrees with Plaintiff that (1) a productive mediation can take place before December 1, 2018, (2) any additional delay will only cost Plaintiff and Defendant the accrual of unnecessary costs and attorneys' fees, and (3) mediation will provide the forum necessary for Plaintiff and Defendant to resolve this matter efficiently.

Accordingly, **IT IS ORDERED** that Plaintiff Leo Wagner's Motion to Compel Mediation is **GRANTED**. Plaintiff and Defendant must mediate this matter before December 1, 2018.

Signed on _____, 2018.

_____
Judge Presiding